| Cause #: | 2009-04966 | | Court # | 333RD | Judgment Date: | 9/29/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 62536521 |
| Due Date: | 1/27/2015 | | Attorney Bar No: | | 24029470 | |

Assigned to   FIRST   Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 4:31:19 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | 10/29/2014 | |
| Request for Transcript Filed? | NONE | BC |
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 120 | OA |
| File Ordered: IMAGED | | |
| Notes: | | |

BC     Notice of Appeal filed
BG     Notice of Appeal filed – Government
C      Appealing Final Judgment
D -    Accelerated Appeal
OA      No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

CAUSE NO. 2009-04966

| | | |
|---|---|---|
| MARC JAN LEVESCONTE | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| ENSIGN SERVICES, L.L.C. | § | |
| (f/k/a FE SERVICES, L.L.C.), | § | |
| d/b/a FOXXE ENERGY SERVICES, L.L.C., | § | |
| FE SERVICES HOLDINGS, INC., and | § | |
| JAMES STEWART | § | |
| | § | |
| Defendants. | § | 333rd JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.),[1] FE Services Holdings,

Inc., and James Stewart (collectively, "Defendants") file this Notice of Appeal pursuant to Texas

Rule of Appellate Procedure 25.1, and show the Court as follows:

1.      This appeal is from the 333rd Judicial District Court of Harris County, Texas, the

Honorable Joseph J. Halbach, Jr. presiding.

2.      The style of the cause in the trial court is:  Cause No. 2009-04966; *Marc Jan*

*LeVesconte v. Ensign Energy Services, L.L.C. (f/k/a FE Services, L.L.C.), d/b/a Foxxe Energy*

*Services, L.L.C., FE Services Holdings, Inc. and James Stewart*; In the 333rd Judicial District of

Harris County, Texas.

3.      Defendants hereby appeal to the First or Fourteenth Court of Appeals in Houston,

---

[1] Defendants object to the trial court's naming, in the Final Judgment and case style, of Ensign Services, L.L.C. as "f/k/a FE Services, LLC" "d/b/a Foxxe Energy Services, LLC," as both legally and factually erroneous.  Without waiving any arguments concerning these or other errors, this Notice of Appeal is also brought on behalf of both Ensign Services, L.L.C. and FE Services L.L.C. to the extent that either entity is a Defendant named in the Final Judgment or the underlying Jury Verdict.

18469478v.5

Texas from: (1) the Final Judgment entered on or about September 29, 2014 ("Final Judgment"), and any and all orders and rulings that merge into the Final Judgment, including but not limited to the Jury Verdict rendered on or about September 26, 2012; (2) the denial of Defendants' Motion for New Trial, which was overruled by operation of law on or about December 13, 2014; (3) the denial of Defendants' Post-Judgment Motion to Disregard Certain Jury Findings and to Vacate Award of Attorneys' Fees, which was overruled by operation of law on or about December 13, 2014[2]; and (4) any and all orders and rulings, whether made orally, in writing, or by operation of law.

---

[2] *See Control Solutions, Inc. v. Gharda, Inc.*, 394 S.W.3d 124, 140 (Tex. App.—Houston [1st Dist.] 2012) (stating that all post-judgment motions timely filed by defendants, including motions to modify the judgment or for JNOV, were overruled as a matter of law 75 days after judgment was entered pursuant to TEX. R. CIV. P 329b(c)). If it is determined that Defendants' Post-Judgment Motion to Disregard Certain Jury Findings and to Vacate Award of Attorneys' Fees was not overruled by operation of law, and if the trial court either denies the motion after this notice is filed (or fails to issue a written ruling altogether), Defendants request that the Court of Appeals give effect to this notice of appeal as a premature appeal under TEX. R. APP. P. 27. Defendants reserve the right to amend this notice pursuant to TEX. R. APP. P. 25.1(g).

18469478v.5

Respectfully submitted,

SEYFARTH SHAW LLP

/s/  Emma C. Mata
_____
Emma C. Mata
State Bar No. 24029470
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Telecopier: (713) 225-2340
emata@seyfarth.com

WRIGHT & CLOSE LLP

Wanda McKee Fowler
State Bar No. 13698700
Three Riverway, Suite 600
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (Fax)
fowler@wrightclose.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23rd, 2014, a true and correct copy of the foregoing instrument was properly forwarded to counsel of record for Plaintiff in accordance with the Texas Rules of Civil Procedure, as follows:

Lloyd E. Kelley
THE KELLEY LAW FIRM
2726 Bissonnet, Ste. 240 PMB 12
Houston, Texas 77005
(281) 652-5973 - fax
**Attorney for Plaintiff**

/s/ Emma C. Mata
_____
Emma C. Mata

3

CASE NUM: 200904966__ PJN> __   TRANS NUM: _____  CURRENT COURT: 333 PUB? _
CASE TYPE: BREACH OF CONTRACT              CASE STATUS: DISPOSED (FINAL)
STYLE: FE SERVICES L L C                VS LEVESCONTE, MARC JAN
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM    NUMBER                                        STAT
_      00002-0002 XPL 11203180 LEVESCONTE, MARC JAN            KELLEY, LLOYD
_      00001-0002 XDF 24059828 FE SERVICES L L C          D    GLENN, CLEVE
_      00010-0001 DEF 24029470 STEWART, JAMES                  MATA, EMMA C.
_      00009-0001 AGT          F E SERVICES HOLDINGS INC BY S
_      00008-0001 XDF 24029470 F E SERVICES HOLDINGS INC       MATA, EMMA C.
_      00007-0001 XDF 24029470 ENSIGN ENERGY SERVICES, INC.    MATA, EMMA C.
_      00006-0001 XDF          D.B. ZWIRN & CO.
_      00005-0001 XDF 24070819 FOXXE ENERGY SERVICES LLC BY S  D  WEBER, ANN MA

==> (13) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 200904966__ PJN> __   TRANS NUM: _____  CURRENT COURT: 333 PUB? _
CASE TYPE: BREACH OF CONTRACT              CASE STATUS: DISPOSED (FINAL)
STYLE: FE SERVICES L L C                VS LEVESCONTE, MARC JAN
================================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM    NUMBER                                        STAT
_      00004-0001 XDF 24029470 STEWART, JAMES, CEO OF FOXXE E  MATA, EMMA C.
_      00003-0001 MED 06318200 DYER, PATRICK JOSEPH
_      00002-0001 DEF 11203180 LEVESCONTE, MARC JAN            KELLEY, LLOYD
_      00001-0001 PLT 24029470 FE SERVICES L L C               MATA, EMMA C.
_      00001-0001 PAP 24038188 SALDIVAR, EDGAR




==> (13) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 200904966__ PJN> __   TRANS NUM: _____  CURRENT COURT: 333 PUB? _
CASE TYPE: BREACH OF CONTRACT              CASE STATUS: DISPOSED (FINAL)
STYLE: FE SERVICES L L C                VS LEVESCONTE, MARC JAN
================================================================================
                       **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
   NUM    NUMBER                                        STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP